IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION
MDL 2326

| | |
|---|---|
| APRIL NEWCOMER,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Defendant. | Case No. 2:14-cv-10354 |

## DECLARATION OF MEGAN KILLION

Megan Killion declares, under penalty of perjury on the date identified below, as follows:

1. I am an attorney at Branstetter, Stranch, and Jennings, PLLC.

2. On April 14, 2014, Branstetter, Stranch, and Jennings, PLLC and Doyle Lowther LLP filed a Motion to Withdraw as Counsel of Record for Plaintiff April Newcomer and to Extend all Deadlines 60 Days. (Dkt. No. 4).

3. On April 16, 2014, this Court ordered that if Plaintiff wishes to respond to the motion to withdraw, she must do so on or before April 30, 2014 and that counsel must send a copy of this order to plaintiff via email and to her at her mother's address via certified mail, return receipt requested and file a copy of the receipt. (Dkt. No. 5).

4. On April 16, 2014, I sent a copy of the order to plaintiff via email and to her at her mother's address via certified mail, return receipt requested.

5. As of April 30, 2014, I have not received the return copy of the certified mail receipt.

6. I retrieved the tracking information for the letter on the United States Postal Service's website. As of April 30, 2014, the tracking information states that delivery was attempted April 19, 2014, Notice was Left (No Authorized Recipient Available), and the letter is currently being held at the post office and is "Available for Pickup."

Executed on this 30th day of April, 2014, in Nashville, Tennessee.

_____
Megan Killion